Exhibit 2

Verification of Account Letter



| | First Bank |
|---|---|
| | 900 Bailey Ranch Rd. |
| | Aledo, TX 76008 |
| | FirstBankWeb.com – 817-953-8727 |

March 24, 2021

**RE: Southern Hills Property Group/Brandon Beatty**

To Whom It May Concern:

Brandon Beatty and Southern Hills Property Group has average deposits in excess of $700,000 at First Bank.

If you have any questions regarding the above information, please feel free to contact me.

Sincerely,

Ryan Merrill
Vice President
Office: 817-953-8727
Email: rmerrill@firstbankweb.com

Equal Housing Lender