UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MONICA HARTMAN<br><br>Plaintiff,<br>v.<br>SOUTHERN HILLS PROPERTY GROUP<br><br>Defendant.<br><br>FIRST BANK<br><br>Garnishee. | Case No.  4:24cv285 |

**ORDER GRANTING**
**VERIFIED APPLICATION FOR WRIT OF GARNISHMENT**

Before the Court is the Verified Application for Writ of Garnishment (the "Application" - Dkt. #1) of Plaintiff/Garnishor MONICA HARTMAN ("Garnishor") which is presented to the Court *ex parte*. Having considered the Application, and after having considering the pleadings and other papers on file with the Court, and the evidence presented, the Court finds and concludes that Garnishor is entitled to a Writ of Garnishment, *ex parte*, against Garnishee FIRST BANK as requested, for the reason that it is an appropriate method of seeking collection on the Court's Judgment in *Hartman v. Southern Hills Property Group*, No. 4:22-cv-00912-ALM (ECF No. 15). Accordingly, it is ORDERED that the Application is GRANTED. The Clerk of the Court is directed to issue and deliver to Garnishor a Writ of Garnishment to be served on Garnishee. No bond shall be required.

IT IS SO ORDERED.

SIGNED this 15th day of May, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE