## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MONICA HARTMAN <br><br> Plaintiff, <br> v. <br> SOUTHERN HILLS PROPERTY GROUP <br><br> Defendant. <br><br> FIRST BANK <br><br> Garnishee. | Case No. **4:24-CV-00285-ALM** |

### [PROPOSED ORDER] GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR JUDGMENT AGAINST GARNISHEE AND FOR TURNOVER ORDER

Before the Court is the Plaintiff's Unopposed Motion for Judgment Against Garnishee and for Turnover Order, which is unopposed. Having considered the Motion, and after having considering the pleadings and other papers on file with the Court, and the evidence presented, the Court finds and concludes that the Plaintiff is entitled to judgment against Frist Bank as Garnishee in the amount of $26,527.88, representing the total judgment amount against Defendant for property in the Garnishee's possession, plus postjudgment interest, fees, and costs as permitted by state and federal law. Garnishee First Bank is ordered to levy $26,527.88 from the Defendant's Business Checking Account ending in -678 in the possession of Garnishee to pay the Plaintiff's Judgment against Southern Hills Property Group, Defendant. First Bank is further ordered to deliver and pay out the levied funds via certified check to the undersigned attorney as counsel and in trust for Plaintiff as follows without delay:

> Perrong Law LLC IOLTA Trust Account
> 2657 Mount Carmel Avenue
> Glenside, PA 19038

2

SIGNED this _____ day of _____ 2024.

                                                                                                         _____
                                                                                                          U.S.D.J.