IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MONICA HARTMAN<br><br>       Plaintiff<br><br>v.<br><br>SOUTHERN HILLS PROPERTY GROUP<br><br>       Defendant<br><br>FIRST BANK<br>       Garnishee | Case No. 4:24-cv-00285 |

## PRAECIPE TO SATISFY

TO THE PROTHONOTARY:

    Having Received the whole amount of Debt, Interest and Cost due upon the above stated Judgment, including from all Garnishees, the Plaintiff above named and the legal holder thereof, do hereby order and direct you, the PROTHONOTARY of said Court, to mark the same FULLY PAID AND SATISFIED upon the records thereof.

Dated: September 7, 2024

                                                                     Respectfully Submitted,

                                                                 /s/ Andrew Roman Perrong
                                                                 Andrew Roman Perrong, PA Bar #333687
                                                                 Perrong Law LLC
                                                                 2657 Mt. Carmel Ave.
                                                                Glenside, PA 19038
                                                                Phone: 215-225-5529
                                                                Facsimile: 888-329-0305
                                                                a@perronglaw.com